UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE L.P., et al. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:04-CV-1573 (CEJ) ) |
| GLOBAL CROSSING LTD., et al., | ) ) |
| Defendants. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that plaintiffs shall, not later than **September 22, 2006**, file a status report, as directed in the Memorandum and Order entered on February 7, 2006.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 6th day of September, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com