UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SOUTHWESTERN BELL TELEPHONE   )
L.P., et al.                  )
                              )
          Plaintiffs,         )
                              )
     vs.                      )          No. 4:04-CV-1573 (CEJ)
                              )
GLOBAL CROSSING LTD., et al., )
                              )
          Defendants.         )

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion to withdraw inadvertently filed status report [Doc. #100] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2008.